ISAAC B. PARKER, Respondent, v. THE OTSEGO COUNTY FARMERS' CO-OPERATIVE FIRE INSURANCE COMPANY, Appellant.

*Parker* v. *Otsego County F. Co-Op. F. Ins. Co.*, 47 App. Div. 204, affirmed.
(Argued October 15, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 23, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Lynn J. Arnold* and *James W. Tucker* for appellant.

*H. M. Aylesworth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: BARTLETT, J.

FRANKLIN M. TRIPP, Respondent, v. ANNIE P. SMITH, Appellant.

*Tripp* v. *Smith*, 50 App. Div. 499, affirmed.
(Argued October 15, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 17, 1900, affirming a judgment of the Kings County Court in favor of plaintiff entered upon a verdict.

*Horace Graves* and *Augustus M. Price* for appellant.

*Charles M. Stafford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT. MARTIN, VANN CULLEN and WERNER, JJ.